**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| | Plaintiff, | Case No. 3-:06-cr-177 |
| HORTENCIA HUERTA, | | District Judge Thomas M. Rose |
| | Defendant. | Magistrate Judge Michael R. Merz |

**ENTRY AND ORDER OVERRULING HUERTA'S OBJECTIONS (Doc. #496) TO THE MAGISTRATE'S REPORT AND RECOMMENDATIONS; ADOPTING THE MAGISTRATE'S REPORT AND RECOMMENDATIONS (Doc. #483) IN ITS ENTIRETY; DISMISSING HUERTA'S §2255 MOTION TO VACATE, SET ASIDE OR CORRECT HER SENTENCE WITH PREJUDICE AND DENYING LEAVE TO APPEAL *IN FORMA PAUPERIS* AND ANY REQUESTED CERTIFICATE OF APPEALABILITY**

---

This matter is now before the Court pursuant to Objections (doc. #496) filed by Hortencia Huerta ("Huerta") to the Report and Recommendations issued on February 9, 2010, by Magistrate Judge Michael R. Merz (doc. #483). The United States of America has not filed a response to Huerta's Objections. The Objections are, therefore, ripe for decision.

The District Judge has reviewed the findings of Magistrate Judge Merz. The District Judge has also made a de novo review of the record in this case pursuant to 28 U.S.C. § 636(b) and Fed.R.Civ.P. 72(b). Upon consideration of the foregoing, the Court finds that the Objections are not well-taken and they are hereby OVERRULED.

The Magistrate Judge's Report and Recommendations is ADOPTED in its entirety. Huerta's Motion To Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. §2255 is dismissed with prejudice because it was not filed before the statute of limitations ran. Finally, a

certificate of appealability will not issue and Huerta is denied leave to appeal *in forma pauperis* because reasonable jurists would not disagree with this conclusion regarding Huerta's Motion.

**DONE** and **ORDERED** in Dayton, Ohio, this 17th day of March, 2010.

                                                  s/Thomas M. Rose

                                    _____
                                          THOMAS M. ROSE
                                    UNITED STATES DISTRICT JUDGE

Copies furnished to:

Hortencia Huerta at her last address of record
Counsel of Record